IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MUKESHKUMAR PRAJAPATI,      )
et al.,                     )
                            )
    Plaintiffs,             )
                            )
    v.                      )     CASE NO. 1:25-cv-00271-BL
                            )
JOSEPH B. EDLOW,            )
                            )
    Defendant.              )

## **ORDER**

On February 23, 2026, the Magistrate Judge recommended that the court grant the Defendant's motion to dismiss. (Doc. 21). Although the Magistrate Judge gave the Plaintiff until March 9, 2026, to file objections to the recommendation (doc. 21), the court has received no objections from the Plaintiff. The Plaintiff also did not file a response to the motion to dismiss.

After careful review of the file and upon consideration of the Recommendation of the Magistrate Judge (doc. 21), the court **ADOPTS** the Recommendation of the Magistrate Judge to **GRANT** the Defendant's motion to dismiss (doc. 15). The court will enter a separate final judgment dismissing this case.

2

**DONE** and **ORDERED** on this the 16th day of March, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE